UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAM KAMEL,
                        Petitioner,

-v-

WILLIAM P. JOYCE in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director, U.S. immigration and Customs Enforcement; and KRISTI NOEM, in her official capacity as U.S. Secretary of Homeland Security, U.S. Immigration and Customs Enforcement,
                        Respondent.

25-CV-06249 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      Petitioner Mariam Kamel filed this petition for writ of habeas corpus and complaint on July 30, 2025, at 11:16 a.m. (ECF No. 1.) She alleges that she was taken into ICE custody on July 28, 2025 and held at 26 Federal Plaza in Manhattan in violation of her federal statutory and constitutional rights, seeking relief under 28 U.S.C. § 2241. On July 30, 2025, at 1:58 p.m., this Court issued a temporary restraining order and scheduled a hearing for today, July 31, 2025, at 3:00 p.m.

      Based on the Government's representations in its emergency letter to the Court dated July 30, 2025 (ECF No. 5), it appears that at the time of the filing of the petition, Petitioner was in Newark, New Jersey. For the reasons discussed in *Ozturk v. Hyde*, 136 F.4th 382 (2d Cir. 2025), and Judge Furman's opinion in *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025), it appears likely that the proper venue for this matter is the United States District Court for the District of New Jersey, not this Court.

Pending further order by this Court or a transferee court, **Respondents are hereby restrained and enjoined from removing Petitioner from the United States**. *See id*. at 292.

The conference with the Court scheduled for 3:00 p.m. today, July 31, 2025, will take place **telephonically**:  Counsel and any interested parties should call **(855) 244-8681 and enter attendee ID number 2312 828 7066**.

This Order supersedes and replaces the TRO issued by this Court on July 30, 2025 (ECF No. 3).

SO ORDERED.

Dated: July 31, 2025
   New York, New York

_____
J. PAUL OETKEN
United States District Judge